# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| KENNETH MITAN | : | NO. 08-760-1 |

## ORDER

**AND NOW**, this 8th day of May, 2013, for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that defendant's Motion for an Extension of Time to File A Motion Under Rule 33 (ECF 672) is **DENIED.**

                                           **BY THE COURT:**

                                           **/s/ Michael M. Baylson**

                                           **Michael M. Baylson, U.S.D.J.**